IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18cr97 CWR-LRA

UNDREY L. JONES  18 U.S.C. § 844(e)

**The Grand Jury charges:**

That on or about February 27, 2018, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **UNDREY L. JONES**, by means and use of an instrument of commerce, that is, the telephone, willfully and knowingly made a threat to unlawfully damage or destroy a building, the Veterans Administration Medical Center in Jackson, Mississippi, by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

_____
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 2nd day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE