

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:18cr97-CWR-LRA

UNDREY L. JONES                                                    DEFENDANT

## ORDER

The Court has considered the letter motion [28] of Francisco J. Quintana, Warden of the Federal Bureau of Prisons, Federal Medical Center, Lexington, Kentucky for additional time within which to complete the evaluation and submit a report with regard to defendant, Undrey L. Jones. The Court finds the motion to be well taken.

IT IS ORDERED that the motion is hereby **granted,** and the Federal Medical Center shall have up to and including September 4, 2018 to complete its evaluation of Undrey L. Jones.

FURTHER ORDERED that the report should be filed on or before October 2, 2018 with the Court.

ORDERED this the 19th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LINDA R. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE